No. 450. FEDERAL LAND BANK OF BERKELEY *v.* SMITH ET AL. November 5, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Richard W. Young* for petitioner. *Mr. Allan J. Carter* for respondents.

No. 453. COMMERCIAL DISCOUNT CO. *v.* ROGAN, EXECUTRIX. November 5, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Maynard J. Toll* and *W. Joseph McFarland* for petitioner. *Solicitor General McGrath, Assistant Attorney General Clark, Messrs. Sewall Key, S. Dee Hanson* and *Miss Helen R. Carloss* for respondent.

No. 459. KRESBERG *v.* INTERNATIONAL PAPER CO. November 5, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Joseph Nemerov* for petitioner. *Mr. Ralph M. Carson* for respondent.

No. 460. KERFOOT, ADMINISTRATOR, *v.* KELLEY. November 5, 1945. Petition for writ of certiorari to the Court of Appeals of New York denied. *Mr. George J. Engelman* for petitioner. *Mr. Frederick A. Keck* for respondent.

No. 471. CARNEGIE-ILLINOIS STEEL CORP. *v.* ALDERSON, TAX COMMISSIONER. November 5, 1945. Petition for writ of certiorari to the Supreme Court of Appeals of West Virginia denied. *Mr. Arthur S. Dayton* for petitioner.